UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRUIT STREET HEALTH P.B.C., and LAURENCE N. GIRARD,<br><br>                              Plaintiffs,<br><br>                 -against-<br><br>KAPITUS SERVICING, INC., et al,<br><br>                              Defendants. | 23-CV-7962 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiffs filed the Complaint in this action on September 8, 2023. ECF No. 1. On November 16, 2023, Defendants moved to stay this action pending the parties' contractually agreed upon arbitration. *See* ECF No. 19. On November 30, 2023, Plaintiffs filed an opposition stating that they "hereby agree to stay this matter and have this matter referred to the [American Arbitration Association] for resolution." ECF No. 21 at 2.

Accordingly, Defendants' motion to compel arbitration is GRANTED and the case is hereby STAYED while the parties arbitrate. The parties are ORDERED to file a joint letter updating the Court on the status of the arbitration by no later than **November 1, 2024**. The Clerk of Court is directed to STAY this case and terminate ECF No. 19.

Dated: July 10, 2024
       New York, New York

                                                            SO ORDERED.

                                                            *Jessica Clarke*
                                                            _____
                                                            JESSICA G. L. CLARKE
                                                            United States District Judge