UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRUIT STREET HEALTH P.B.C., and LAURENCE
N. GIRARD,

                              Plaintiffs,

                    -against-

KAPITUS SERVICING, INC., et al,

                              Defendants.

23-CV-7962 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On July 10, 2024, the Court stayed this matter pending that parties' arbitration. ECF No.

22. On November 11, 2024, the parties informed the Court that the final hearing before the

arbitrator was set for March 2025. ECF No. 23. In light of the foregoing, the parties are

ORDERED to file a joint letter updating the Court on the status of the arbitration by no later than

April 25, 2025.

Dated: April 22, 2025
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge