UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRUIT STREET HEALTH P.B.C. & LAURENCE N. GIRARD,

                    Plaintiffs,

        -against-

KAPITUS SERVICING, INC. f/k/a COLONIAL FUNDING, et al.,

                    Defendants.

23-CV-7962 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

This action is stayed pending the parties' arbitration. ECF No. 22. In April 2025, the parties updated the Court that the parties were awaiting appeal of an arbitration award. ECF No. 26. The Court orders the parties to file a joint letter by **April 15, 2026,** updating the Court on the status of the parties' arbitration.

Dated:  April 2, 2026
        White Plains, New York

                                    SO ORDERED.

                                    _Jessica Clarke_
                                    _____
                                    JESSICA G. L. CLARKE
                                    United States District Judge